IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARRELL DAVIS, | § | |
| Plaintiff | § § § | |
| v. | § § | Civil Action No. 3:10-CV-958-P-BH |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | § § § § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the final decision of the Commissioner is wholly AFFIRMED.

SIGNED this 7th day of February, 2011.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE